**Order entered May 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01084-CV

## ALFREDO SANCHEZ AND FERMIN LOPEZ, Appellants

## V.

## LUIS TORRES, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03653

## ORDER

Before the Court is appellants' April 30, 2021 second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **June 1, 2021**. We caution appellant that further extension requests will be strongly disfavored.

/s/    CRAIG SMITH
           JUSTICE